| Name | Date modified | Type | Size |
|---|---|---|---|
| 20190602000100_20190602080000_100_F | 7/13/2014 10:20 PM | Windows Media P… | 3,957,375 KB |
| 20190602000100_20190602080000_200_F | 7/13/2014 10:20 PM | Windows Media P… | 3,957,658 KB |
| 20190602000100_20190602080000_4000_F | 7/13/2014 10:20 PM | Windows Media P… | 3,954,071 KB |
| 20190602002500_20190602005952_2000_F | 7/13/2014 10:20 PM | Windows Media P… | 287,806 KB |
| 20190602002500_20190602013005_1000_F | 7/13/2014 10:20 PM | Windows Media P… | 537,615 KB |
| 20190602003000_20190602005952_4000_F | 7/13/2014 10:20 PM | Windows Media P… | 246,234 KB |
| 20190602004000_20190602020005_100_F | 7/13/2014 10:20 PM | Windows Media P… | 661,702 KB |
| 20190602080000_20190602160000_100_F | 7/13/2014 10:20 PM | Windows Media P… | 3,965,371 KB |
| 20190602080000_20190602160000_200_F | 7/13/2014 10:20 PM | Windows Media P… | 3,965,893 KB |
| 20190602080000_20190602160000_4000_F | 7/13/2014 10:20 PM | Windows Media P… | 3,961,551 KB |
| 20190602160000_20190602235900_100_F | 7/13/2014 10:20 PM | Windows Media P… | 3,958,125 KB |
| 20190602160000_20190602235900_4000_F | 7/13/2014 10:20 PM | Windows Media P… | 3,954,095 KB |
| 20190603000100_20190603080000_100_F | 7/13/2014 10:20 PM | Windows Media P… | 3,941,947 KB |
| 20190603000100_20190603080000_200_F | 7/13/2014 10:20 PM | Windows Media P… | 3,942,283 KB |
| 20190603000100_20190603080000_4000_F | 7/13/2014 10:20 PM | Windows Media P… | 3,937,834 KB |
| 20190603080000_20190603160000_100_F | 7/13/2014 10:20 PM | Windows Media P… | 3,966,204 KB |
| 20190603080000_20190603160000_200_F | 7/13/2014 10:20 PM | Windows Media P… | 3,966,767 KB |
| 20190603080000_20190603160000_4000_F | 7/13/2014 10:20 PM | Windows Media P… | 3,962,588 KB |
| 20190603160000_20190603235900_100_F | 7/13/2014 10:20 PM | Windows Media P… | 3,958,088 KB |
| IndexerVolumeGuid | 7/13/2014 10:20 PM | File | 1 KB |
| player(1) | 7/13/2014 10:20 PM | Application | 5,112 KB |
| player(1) | 7/13/2014 10:20 PM | Configuration sett… | 1 KB |
| player | 7/13/2014 10:20 PM | Application | 5,112 KB |
| player | 7/13/2014 10:20 PM | Configuration sett… | 1 KB |
| WPSettings.dat | 12/31/1984 11:00 PM | DAT File | 1 KB |