# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **NATHAN LING,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. Civ. No.:3:20-CV-00233 |
| | ) **JURY DEMANDED** |
| **CAMPBELL COUNTY, TENNESSEE;** | ) |
| **JUSTIN CRABTREE; DAKOTA WILLIAMS;** | ) |
| **SEAN BROWN; JOSHUA MILLER** in their | ) |
| individual and official capacities, and | ) |
| **JOHN DOES**, names and identities not yet | ) |
| known, charged with failure to provide medical | ) |
| treatment to Plaintiff and/or involved in the | ) |
| use of excessive force against Plaintiff Nathan | ) |
| Ling, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF MANUAL FILING

Please take notice that **Nathan Ling** has manually filed the **Video Exhibit.**
This document (or thing) **[please note which option applies and delete the other option]** has not been filed electronically because: **[mark all that apply]**
[ ] the document (or thing) cannot be converted to an electronic format [X] the electronic file size of the document exceeds 75 MB
[ ] Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.
The document (or thing) **[delete document or thing depending on which does not apply to this filing]** has been manually served on all parties.

Respectfully submitted this 2nd day of June, 2020.

/s/Marcos M. Garza
Jeffrey H. Glaspie (BPR 033311)
Jenny C. Rogers (BPR
Marcos M. Garza (BPR
Timothy L. Baldridge (BPR
**GARZA LAW FIRM, PLLC**
550 W. Main Street, Suite 340
Knoxville, TN 37902
E-mail: info@garzalaw.com
Phone: (865) 540-8300
Fax: (865) 474-9397