## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

**NATHAN LING,**

    Plaintiff,

v.

Case Number: 3:20-cv-00233

**CAMPBELL COUNTY, GOVERNMENT,**

    Defendants.

---

### AGREED ORDER OF SUBSTITUTION OF COUNSEL

---

By agreement of the parties and for good cause shown, it is hereby

ORDERED, ADJUDGED and DECREED that Rhonda Bradshaw, and the law firm of Spicer Rudstrom, PLLC have been relieved of any and all duties with respect to the representation of Campbell County, Tennessee, Justin Crabtree, Dakota Williams. Sean Brown, and Joshua Miller and Arthur F. Knight, III of Taylor & Knight, G.P. are substituted for Ms. Bradshaw and the law firm of Spicer Rudstrom, PLLC as counsel of record.

ENTER this __25__ of __January__, 2022.

_Bruce Guyton_
~~JUDGE~~
U.S. Magistrate Judge

**APPROVED FOR ENTRY:**

SPICER RUDSTROM, PLLC

_s/Rhonda Bradshaw_ (with permission)
RHONDA BRADSHAW
800 South Gay Street
Suite 1400
Knoxville, TN 37929

TAYLOR & KNIGHT, GP

*s/Arthur F. Knight, III*
ARTHUR F. KNIGHT, III
800 South Gay Street, Suite 600
Knoxville, TN 37929
(865) 971-1701
aknight@taylorknightlaw.com