# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

**NATHAN LING,**

    Plaintiff,

v.                                                                                Case Number: 3:20-cv-00233

**CAMPBELL COUNTY, GOVERNMENT, et al.,**

    Defendants.

## NOTICE OF APPEARANCE

Please be advised that the law firm of Taylor & Knight, GP, and more particularly Arthur F. Knight, III, hereby enters an appearance[1] on behalf of Defendants Campbell County Government, Dakota Williams in his individual and official capacities, Sean Brown in his individual and official capacities, Joshua Miller in his individual and official capacities, and Justin Crabtree in his official capacity only, in the above-captioned cause of action.

Respectfully submitted this 26th day of January, 2022.

                                          TAYLOR & KNIGHT, GP

                                          */s/Arthur F. Knight, III*
                                          Arthur F. Knight, III, BPR No. 016178
                                          800 South Gay Street, Suite 600
                                          Knoxville, Tennessee 37929
                                          Phone: (865) 971-1701
                                          Fax: (865) 971-1705
                                          amber@taylorknightlaw.com
                                          *Attorney for above-referenced Defendants*

---

[1] The Honorable H. Bruce Guyton entered an Agreed Order of Substitution of Counsel on January 25, 2022 substituting undersigned counsel for Rhonda Bradshaw. *See* Agreed Order of Substitution of Counsel [Doc. 41].

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2022, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III