IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| NATHAN LING, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No.: 3:20-cv-00233 |
| | ) |
| CAMPBELL COUNTY, TENNESSEE et al., | )   Judge Charles E. Atchley, Jr. |
| | ) |
| | )   Magistrate Judge Jill E. McCook |
|     Defendants. | ) |

## PLAINTIFF'S FINAL WITNESS LIST

Comes now the Plaintiff, by and through counsel, and files his Final Witness List in accordance with the Court's Sheduling Order.

**Plaintiff**

1. Nathan Ling
   4800 South 13 Mile
   Falmouth, MI 49632
   (734) 307-4469

**Fact Witnesses**

2. Jaevon Deshawn Jones
   Plaintiff does not know Mr. Jones' current address.
   (865) 602-2998
   Mr. Jones was with Plaintiff on night of arrest.

3. Kaitlyn McDaniel
   Plaintiff does not know Ms. McDaniels current address or phone number.
   Ms. McDaniel was with Plaintiff on night of arrest.

4. James Adkins

Plaintiff believes Mr. Adkins lives at or near 408 Wildwood Circle, LaFollette, TN.
Plaintiff does not know Mr. Adkins' phone number.

5. Linda Adkins
   Plaintiff believes Ms. Adkins lives at or near 408 Wildwood Circle, LaFollette, TN.
   Plaintiff does not know Ms. Adkins' phone number.

6. Tim Meredith
   Plaintiff believes Mr. Meredith lives at or near 408 Wildwood Circle, LaFollette, TN.
   Plaintiff does not know Mr. Meredith's phone number.

7. Honorable Jared Effler
   District Attorney General
   575 Scott High Drive, Suite A
   Huntsville, Tennessee 37756
   (423) 663-2544

8. Jonathan Hannon
   Tennessee Bureau of Investigation – Headquarters
   901 R.S. Glass Boulevard
   Nashville, Tennessee 37216
   (615) 744-4000

9. Robbie Goins
   Campbell County Sheriff at time of incident
   Plaintiff is not aware of Sheriff Goins' address or phone number.

10. Jeremy Goins
    Chief Deputy for Campbell County Sheriff's Department
    Plaintiff is not aware of Chief Deputy Goins' address or phone number.

11. Stoney Love
    Chief Jailer for Campbell County Sheriff's Office
    Plaintiff is not aware of Chief Jailer Love's address or phone number.

12. Jordan Goins
    Correctional Officer for Campbell County Sheriff's Department
    Plaintiff is not aware of Officer Goins' address or phone number.

13. Ashleigh McDaniel
    Correctional Officers for Campbell County Sheriff's Office
    Plaintiff is not aware of Officer McDaniel's address or phone number.

14. John Minor
    Deputy for Campbell County Sheriff's Office
    Plaintiff is not aware of Deputy Minor's address or phone number.

15. Michael Owens
    Sergeant for Campbell County Sheriff's Office.
    Plaintiff is not aware of Sgt. Owens' address or phone number.

16. Alexander Standridge
    Correctional Officer for Cambell County Sheriff's Office
    Plaintiff is not aware of Officer Standridge's address or phone number.

17. Tosha Tackett
    Deputy for Campbell County Sheriff's Office
    Plaintiff is not aware of Deputy Tackett's address or phone number.

18. Katherine Walden
    Corporal for Campbell County Sheriff's Office
    Plaintiff is not aware of Corporal Walden's address or phone number.

19. Emily Ward
    Correctional Officer for Campbell County Sheriff's Office
    Plaintiff is not aware of Officer Ward's address or phone number.

20. Matt Wasson
    Lieutenant for Campbell County Sheriff's Office
    Plaintiff is not aware of Lt. Wasson's address or phone number.

21. Paul James White
    Correctional Officer for Cambell County Sheriff's Office
    Plaintiff is not aware of Officer White's address or phone number.

22. Jeremy Adams
    Correctional Officer for Campbell County Sheriff's Department
    Plaintiff is not aware of Officer Adams' address or phone number.

23. Joshua Miller
    Correctional Officer for Campbell County Sheriff's Office
    Plaintiff is not aware of Officer Miller's address or phone number.

24. Joe Boyer
    Corporal for Campbell County Sheriff's Department
    Plaintiff is not aware of Corporal Boyer's address or phone number.

25. Cody Douglas
    Deputy for Campbell County Sheriff's Department
    Plaintiff is not aware of Deputy Douglas' address or phone number.

26. Katie Wilson
    Sergeant for Campbell County Sheriff's Department
    Plaintiff is not aware of Sgt. Wilson's address or phone number.

27. Wayne Baron
    Current Campbell County Sheriff
    610 Main Street
    Jacksboro, Tennessee 37757
    (423) 562-7446

**Defendants**

28. Sean Brown
    136 Wood Lane
    Jacksboro, Tennessee 37757
    (423) 377-8345

29. Justin Crabtree
    137 Perkins Lane
    Jacksboro, TN 37757
    (423) 494-1139

30. Dakota Williams
    115 Watertown Lane
    Jacksboro, Tennessee 37757
    (423) 912-0294

**Medical and First Responder Witnesses**

31. Allison Willoughby
    Nurse at Campbell County Sheriff's Department
    Plaintiff does not know Ms. Willoughby's address or phone number.

32. Phyllis Byrge
    Campbell County EMS
    136 N Massachusetts Ave.
    La Fallotte, Tennessee 37766
    Plaintiff does not know Ms. Byrge's phone number.

33. Dr. Brian J. Daley, M.D., FACS
    The University of Tennessee Medical Center
    1932 Alcoa Highway
    Building C, Suite 270
    Knoxville, Tennessee 37920
    (865) 251-4658

34. James Fogarty (Paramedic)
    Campbell County EMS
    136 N Massachusetts Avenue
    La Fallotte, Tennessee 37766
    Plaintiff does not know Mr. Fogarty's phone number.

35. Dr. William High, D.M.D., P.C.
    Pickett Oral and Maxillofacial Surgery
    248 N Peters Road, Suite #1
    Knoxville, Tennessee 37923
    (865) 691-0918

36. Dr. Michael Kern, M.D.
    University Orthopaedic Surgeons
    1600 Accelerator Way, Ste. 200
    Knoxville, Tennessee 37920
    (865) 546-2663

37. Dr. Todd Abel, M.D.
    Neurosurgical Associates, P.C.
    1932 Alcoa Highway, Suite C360
    Knoxville Tennessee 37920
    (865) 524-1869

38. Dr. Joshua Startup
    Physical Medcine & Rehabilitation
    325 E Eisenhower Pkwy
    Ann Arbor, Michigan 48108
    (734) 936-7175

39. Dr. Brigid Waldron-Perrine
    Department of Physical Medicine & Rehabilitation Psychology & Neuropsychology
    325 East Eisenhoower Parkway
    Ann Arbor, Michigan 48108
     (313) 745-9763

40. Dr. Laura Emily Ann Heinrich
    Primary Care Physician
    7300 Dexter Ann Arbor Rd. Ste. 110
    Dexter, MI 48130
    (734) 426-2796

**Plaintiff's Experts**

41. Roy Taylor , Ph.D.
    Taylor Law Enforcement Consulting, LLC.
    9650 Strickland Road, Suite 103-162
    Raleigh, NC 27615
    (919) 697-1995

42. Robert Bohm, Ph.D.
    Economic Appraisal Associates
    8348 Corteland Drive
    Knoxville, Tennssee 37909
    (865) 437-7661

43. Michael Galloway , MS, CRC, ABDA
    Galloway Consulting Services
    1308 Wilson Road, Suite 101
    Knoxville, Tennessee 37912
    (865) 688-0350

44. Greg P. Winston, MS
    Corrcon, LLC
    1430 Hearth Lane
    Salem, Virginia 24153
    (540) 520-0160

45. Courtney Whatley, CLCP, CLVT, CRC, CVRT
    Whatley Consultants
    405 South George Mason Drive
    Arlington, Virginia 22204
    (202) 207-6248

**Other Witnesses**

46. Any expert witnesses designated by Defendants.

47. Any records custodian needed for documents to be used at trial that are not stipulated to by the parties.

48. All lay witnesses designated by Defendants and not objected to by Plaintiff.

49. Any witness for rebuttal whose testimony may be necessary in response to the testimony presented at trial by Defendants.

Respectfully submitted,

*/s/ Tony Seaton*
Tony Seaton, BPR #7279
Garza Law Firm
118 E. Watauga Ave.
Johnson City, TN 37601
Phone: (423) 282-1041
Fax:　 (423) 282-0967
Email: tseaton@garzalaw.com
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of August, 2023, a copy of the foregoing was filed electronically using the Court's ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Tony Seaton*
Counsel for Plaintiff