# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

**NATHAN LING,**

    Plaintiff,

v.                                                        Case Number: 3:20-cv-00233

**CAMPBELL COUNTY, GOVERNMENT, et al.,**

    Defendants.

---

## FINAL WITNESS LIST OF CAMPBELL COUNTY, TENNESSEE AND DAKOTA WILLIAMS

---

Come Defendants, Campbell County Government and Dakota Williams, by and through counsel, and file their final witness list in accordance with the Court's Scheduling Order:

A.     These Defendants adopt the Witness list filed by Plaintiffs in the above matter but would add the following individuals:

1. James Fogerty, Campbell County EMS, 136 N. Massachusetts Ave., LaFollette, TN 37766. It is believed that Mr. Fogerty's phone number is 901-201-7468.

2. Mallory Campbell, Office of Campbell County, Tennessee Sheriff's Department. Officer Campbell's phone number is unknown.

3. Susan Finley, Campbell County, Tennessee 911, address and phone number unknown.

4. Anyone on Plaintiff's Final Witness list or any other supplemental witness list filed by Plaintiff.

5. Any records custodians needed for documents and other tangible things be utilized at trial that are not stipulated to by the parties.

6. All lay witnesses designated by Plaintiff and not objected to by these Defendants.

7. Any witness for rebuttal whose testimony may be necessary in response to testimony presented at trial by Plaintiff.

8. Any and all persons identified on any other witness list or Initial Disclosures set forth by any party.

Respectfully submitted this 25th day of August, 2023.

TAYLOR & KNIGHT, GP

   */s/ Arthur F. Knight, III*
Arthur F. Knight, III, BPR No. 016178
800 South Gay Street, Suite 600
Knoxville, Tennessee 37929
Phone: (865) 971-1701
Fax: (865) 971-1705
aknight@taylorknightlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 25th, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

   */s/ Arthur F. Knight, III*
Arthur F. Knight, III