# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| **NATHAN LING,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CAMPBELL COUNTY, TENNESSEE;** )<br>**JUSTIN CRABTREE; DAKOTA WILLIAMS;** )<br>**SEAN BROWN; JOSHUA MILLER** in their )<br>individual and official capacities; and )<br>**JOHN DOES,** names and identities not yet )<br>known, charged with failure to provide medical )<br>treatment to Plaintiff and/or involved in the )<br>use of excessive force against Plaintiff Nathan )<br>Ling, )<br>)<br>Defendants. ) | Case No.: 3:20-cv-00233 |

## DEFENDANTS CAMPBELL COUNTY, TENNESSEE AND DAKOTA WILLIAMS' MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Campbell County, Tennessee and Dakota Williams, by and through undersigned counsel, and respectfully move the court for the entry of an order granting them summary judgment as the record reflects that there is no genuine dispute as to any material fact and these movants are entitled to judgment as a matter of law. In support of this motion, these Defendants submit a Memorandum of Facts and Law and a Concise Statement of Material Facts.

1

WHEREFORE, Defendants Campbell County, Tennessee and Dakota Williams respectfully request that their Motion for Summary Judgment be granted.

RESPECTFULLY SUBMITTED this 17th day of October, 2023.

TAYLOR & KNIGHT GP

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III BPR No. 016178
800 S. Gay Street, Suite 600
Knoxville, Tennessee 37929
Phone: (865) 971-1701
Fax: (865) 971-1705
aknight@taylorknightlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17th, 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Arthur F. Knight, III*
Arthur F. Knight, III