## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TENNESSEE

NATHAN LING,

     Plaintiff,

v.

     Case Number: 3:20-cv-00233

CAMPBELL COUNTY, GOVERNMENT,

     Defendants.

## DECLARATION OF MATTHEW WASSON

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury:

1.    My name is Matthew Wasson and I am a resident of Campbell County, Tennessee. I am more than eighteen (18) years of age, and otherwise competent to testify.

2.    I am currently a Lieutenant with the Campbell County Sheriff's Office and have been in this position since September of 2022. Prior to this position, I was Chief Deputy with the Campbell County Sheriff's Office from January of 2020 until September of 2022.

3.    I have provided Arthur F. Knight, III with a true and correct copy of the Policies & Procedures of the Campbell County Sheriff's Office.

4. I have provided Arthur F. Knight, III with true and correct copies of the personnel and training files of Sean Brown, Justin Crabtree, and Dakota Williams as maintained by the Campbell County Sheriff's Office.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of __October__, 2023.

Matthew Wasson