## Campbell County Sheriffs Office
## Law Enforcement
## Policies and Procedures

| Subject: Jail Lockup & Intake of Detainees | Policy Number: 4.10 |
|---|---|
| Issue Date: | Revision Date: |
| Approval Authority Title and Signature: | |

### POLICY:

The entire jail and booking process must be accomplished in an efficient manner that combines firmness, with respect for the rights and needs of the person being detained. During the intake process, arresting or transporting deputies of Campbell County Sheriffs Office work closely and support detention officers by controlling their arrested or transported prisoner.

### DEFINITIONS:

- *Classification* - The process by which detainees are separated one from another, as they are booked into a lock-up or jail.

- *Jail* - A central detention facility operated by the Sheriff or Jailer of a County.

- *Lock-up* - A temporary holding facility, where inmates are held for a short period of time, pending release or transport to jail.

### PROCEDURES:

**Prisoners Taken To a Jail or Lock-up:**
**No weapons** (firearms, batons, knives, gas devices, etc.) are allowed in the detention facility.

1. When delivering a detainee, weapons must be secured in lockers, if provided or in the trunk of the patrol vehicle before entering the detention facility.
2. When removing a detainee from the jail or lock-up, weapons must be placed in lockers before entering the detention facility. After securing the detainee, weapons must be retrieved at which time the jailer turns the detainee over to the deputy.

Detainees will not be accepted into the detention facility, and must remain in the custody of the arresting or transporting deputies under the following conditions:

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed, without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

1. Inaccuracies exist in the arrestee's paperwork;
2. A question as to the identity of the arrestee in comparison to the accompanying paperwork;
3. Transporting deputies refuse to provide or cannot furnish reasonable background data about the inmate;
4. Inmate is in need of medical attention;
5. Inmate is in need of psychiatric evaluation or observation; or
6. Inmate requires special needs that the facility cannot reasonably provide.

**Duties of Arresting Deputy:**
A detainee remains with and under the responsibility of the arresting deputy <u>until the jail officer accepts custody of the detainee.</u> When any deputy is delivering a detainee to the detention facility, he or she remains with the detainee accepted by the booking officer. The arresting deputy must:

1. Assist the jail officer during the intake process by controlling his prisoner;
2. Provide an arrest report or arrest warrant, filled out clearly and legibly by the officer, prior to releasing the arrested subject to the jail officer;
3. In cases of multiple arrests, an arrest report must be completed for each detainee; &
4. After the jail officer has accepted custody of the detainee and the arresting officer has given him the arrest report, the jail officer then is responsible for custody of the prisoner, and not before.

**Duties of the Receiving Officer In Charge of the Lock-up:**
During the intake process the officer in charge of the lock-up must:

1. Classify the detainee to the extent reasonably possible, with physical separation being maintained between the following categories of inmates:
    a. General population - the typical custody levels for the facility;
    b. Close or maximum custody - those who may be violent or harmful to themselves or others;
    c. Medical isolation;
    d. Contagious or communicable diseases;
    e. Separation and protective custody;
    f. Trustee; &
    g. Drunk tank & detoxification – to be moved to general population as soon as they can care for themselves.
2. Conduct medical screening to determine the medical condition and need for medical, dental, or mental services while in custody.
3. Confirm that the detainee has been read his rights by the arresting deputy, and has been provided those rights, if requested by the detainee.
4. Determine if the inmate has contacted anyone about his or her whereabouts.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed, without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

5. Determine if the detainee has any complaints against the arresting officer that is appropriate for supervisor referral.
6. Look for signs of and ask the detainee if he has any suicidal tendencies or a history of suicide attempts.

### Conditions of Confinement:

Although the length of stay in a lock-up as compared to a jail is much shorter, the conditions of confinement are much the same. Key among these responsibilities are:

1. Inmates are provided continuous access to the officers by sight and sound.
2. Inmates are provided at least three meals per day, during regular eating hours, two of which are hot meals.
3. Inmates are provided with clean blankets, bed linen, and a towel.
4. Inmates are allowed, and provided the facilities to bath at least daily.
5. Inmates are allowed access to a telephone for limited use.
6. All inmates are checked personally by sight and sound at least every hour.
7. Inmates showing suicidal tendencies are checked by sight and sound at least every 30 minutes or under constant video/audio surveillance and a log kept confirming these checks.
8. If detained for over 24 hours inmates are provided with recreational items such as television or radio, reading material, board games, etc.

### Life Safety & Services:

The officer(s) assigned to the lock-up on each shift are responsible for the following life services that are performed on a continuous basis, as indicated:

1. **Fire Drills and Evacuations** – At least quarterly the officer in charge of the lockup conducts a fire drill and practice actually removing detainees from their cells and moving them to a safe location outside of the detention unit.
2. **Maintenance of fire protection systems** - At lease quarterly, and in conjunction with the fire and evacuation drill, the fire protection system will be tested to include checking standpipes, hoses, extinguishers, alarms and other firefighting equipment.
3. **Suicide prevention** - In addition to the sight and sound inspections conducted every 30 minutes, officers refer any person showing suicidal tendencies to a competent medical or mental health professional, immediately. Additionally, any item that might be used as a means of committing suicide will be removed from the cell, if reasonably possible.
4. **Medical care services** - Responsible officers provide any medication as prescribed by a health care professional. This may include having a patrol deputy seek out medication at the detainee's place of residence and bringing it to the sheriff's office for issue and use as prescribed. Medicine will not be given to the detainee in more than one dose, and then deputies will observe consumption or use of the dosage prescribed.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed, without the written permission of this agency. Data subject to this restriction is contained throughout this publication.

5. **Supervision of Detainees** - When making hourly or half hour rounds, officers will speak to the inmates to insure they are responding normally. The exception is during normal night time hours when inmates may be sleeping.

**RESTRICTED LAW ENFORCEMENT DATA**
This data is proprietary and will not be duplicated, disclosed, or discussed, without the written permission of this agency. Data subject to this restriction is contained throughout this publication.