UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TENNESSEE

AT KNOXVILLE

NATHAN LING,

    PLAINTIFF,

VS                      CIVIL ACTION NO: 3:20-CV-233

                              JURY DEMANDED

CAMPBELL COUNTY, TENNESSEE;
JUSTIN CRABTREE; DAKOTA WILLIAMS;
SEAN BROWN; JOSHUA MILLER in their
individual and official capacities;
and JOHN DOES, names and identities
not yet known,

    DEFENDANTS.


PRETRIAL DISCOVERY DEPOSITION OF:

NATHAN LING

TAKEN ON APRIL 11, 2022


APPEARANCES:

FOR PLAINTIFF:     TONY SEATON, ESQ.

FOR DEFENDANTS:    ARTHUR F. KNIGHT, III, ESQ.

1  fled.
2  Q. Okay. Did you flee on foot?
3  A. Yes.
4  Q. What was the last thing you remember?
5  A. Hearing a code for wanted -- it's a...
6  Q. Do you know how long you fled?
7  A. No.
8  Q. Do you know -- well, when was the next
9  -- what was your next memory?
10 A. Waking up in the hospital.
11 Q. Okay. And do you know which hospital?
12 A. University of Tennessee Hospital.
13 Q. Okay. Do you know how you got there?
14 A. Airlift.
15 Q. Okay. Do you know who arranged for the
16 airlift to get to the UT?
17 A. When they found me eight hours after
18 being left in a cell.
19 Q. Who found you?
20 A. The morning shift in the jail, Campbell
21 County.
22 Q. Is it fair to say that the detail in the
23 complaint, including the names of the officers, were
24 derived from some other source other than your
25 independent recollection?

```
 1        A.    Would you explain that further?
 2        Q.    Meaning that somebody looked at cameras
 3  or reports or anything like that?  You say you don't
 4  remember anything.
 5        A.    Yeah, everything is gone.
 6        Q.    Okay.  So you don't remember Justin
 7  Crabtree punching you?
 8        A.    No.
 9        Q.    You, do you remember anything deputy, or
10  Jailer Williams did?
11        A.    No.
12        Q.    Do you remember anything that Jailer
13  Brown did?
14        A.    No, I do not.
15        Q.    Do you remember anything that Correction
16  Officer or Jailer Miller did?
17        A.    No, I do not.
18        Q.    Okay.  Do you remember the name of the
19  -- any day shift officer that arranged for you to go
20  to the University of Tennessee?
21        A.    No, I do not.
22        Q.    Do you know that they were employed by
23  Campbell County?
24        A.    No.
25        Q.    Okay.  Did you get any charges as a
```

1    CONTINUING, DIRECT EXAMINATION BY MR. KNIGHT?
2         Q.   Okay. With regard -- back on the
3    record?
4         COURT REPORTER: Yes.
5         Q.   With regard to your injuries, any way of
6    knowing which correction officer injured you, and
7    your, let's say brain damage, caused your brain
8    damage?
9         A.   I believe it was Justin Crabtree.
10        Q.   Okay. Anyone else, to your knowledge?
11        A.   I'm not aware.
12        Q.   Okay. Your injury to your eye socket,
13   do -- are you aware who caused that damage?
14        A.   No.
15        Q.   How about your nose and jaw?
16        A.   I think it was more of a group effort.
17        Q.   How about your fractured left shoulder?
18        A.   A group effort.
19        Q.   In the jail?
20        A.   Yes.
21        Q.   Your left arm injuries, where did that
22   occur?
23        A.   In the jail.
24        Q.   Okay. Did anything occur, to your
25   knowledge, before you got to the jail? Any injuries?