UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| NATHAN LING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 3:20-cv-00233 |
| | ) | |
| CAMPBELL COUNTY, TENNESSEE, et al., | ) ) | Judge Charles E. Atchley |
| | ) | Magistrate Judge McCook |
| Defendants. | ) | |

## EXHIBIT LIST

Comes now the parties, by and through counsel, and hereby file the agreed trial exhibits as follows:

1_Campbell County Policies & Procedures Manual

2_Text Messages - Crabtree & Owens

3_TBI Report #48

4_Inmate Incident Report

5_Inmate Incident Report - Additional Force

6_Aerial View with Markings by Douglas

7_Text Messages from Crabtree

8_Photo of Ling bleeding on Intake Floor

9_Criminal Charges of Crabtree

10_Aerial View with Marking by Minor

11_Text Messages between Walden & Brown

12_Messages between Crabtree & Owens

13_Joshua Startup CV

14_Left Front Cheek Bruising - Dr. Startup

15_Left Front Cheek Fracture - Dr. Startup

16_Left Eye Orbital Fracture - Dr. Startup

1

17_Nose Fracture -- Dr. Startup

18_Mouth Fracture - Dr. Startup

19_Rib Fracture - Dr. Startup

20_Shoulder Fracture - Dr. Startup

21_Shoulder Separation - Dr. Startup

22_CT Section of Brain - Dr. Startup

23_Left Basal Ganglia - Dr. Startup

24_Right Frontal Lobe - Dr. Startup

25_Left Frontal Lobe - Dr. Startup

26_Axonal Injury - Dr. Startup

27_Dr. Todd Abel CV

28_Dr. Brigid Waldren-Perrine CV

29_Robert Bohm CV

30-a_Robert Bohm Table 1

30-b_Robert Bohm Table 2

30-c_Robert Bohm Table 3

30-d_Robert Bohm Table 4

31_Michael Galloway CV

32_Greg Winston CV

33_Courtney Whately CV

34-a_Courtney Whately Cost Summary Option 2

34-b_Courtney Whately Cost Summary Option 1

35_Photo of Nathan Ling 2011

36_Photo of Nathan Liing 2012

37_Photo of Nathan Ling Senior Picture

38_Photo of Nathan Ling with Diploma

39_Photo of Nathan Ling with Sister

40 _Photo of Nathan Ling on Horseback

41_Campbell County Jail Picture

42_Jail Cell Depiction

43_Intake Room Depiction

44_Garage Depiction

45_Arrest Location to Campbell County Jail

46_LaFollette Med Center to Jail

47_LaFollette Med Center to UT Med Center

48_13 Minute Condensed Jail Videos

49_Ling Booking Reports 9 pages

50_Parking Area of Ling

51_Ling Photo ICU

52_Ling Headshot ICU

53_Ling Ear Shot ICU

54_Ling Arm ICU

55_Summation of TBI Report

56_CCSD Chain of Command

57_Dr. Todd Abel (Neurosurgeon) Video Depo

58_Dr. Joshua Startup(Physical Medicine & Rehabilitation)Video Depo

59_Dr. Brigid Waldren-Perrine (Neuropsych) Video Depo

Respectfully submitted,


*/s/ Tony Seaton*
Tony Seaton, BPR #7279
Thomas J. Smith, BPR #035331
Garza Law Firm
118 E. Watauga Ave.
Johnson City, TN 37601
Phone: (423) 282-1041
Fax:    (423) 282-0967
Email:  tseaton@garzalaw.com
        tsmith@garzalaw.com
Counsel for Plaintiff


*/s/ Arthur F. Knight, III*
Arthur F. Knight, III, BPR #016178
Taylor and Knight, GP
800 South Gay Street, Suite 600
Knoxville, Tennessee. 37929
Phone:  (865) 971-1701
Fax:    (865) 971-1705
Email:  aknight@taylorknightlaw.com
Counsel for Defendants

## CERTIFICATE OF SERVICE

The parties hereby certify that on the 22nd day of January, 2024, a copy of the foregoing was filed electronically using the Court's ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

> */s/ Tony Seaton*
> Counsel for Plaintiff

> */s/ Arthur F. Knight, III*
> Counsel for Defendants