# UNITED STATES DISTRICT COURT

**Eastern** DISTRICT OF **Tennessee**

Ling

V.

Campbell County

## EXHIBIT AND WITNESS LIST

Case Number: 3:20-cv-233

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Hon. Charles E. Atchley, Jr. | Tony Seaton/Thomas Smith | Arthur Knight |
| **TRIAL DATE (S)** | **COURT REPORTER** | **COURTROOM DEPUTY** |
| 1/30/2024, 1/31/2024, 2/1/2024 | Stephanie Fernandez | Allison Laster |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W |  | 1/30/2024 |  |  | Alexander Standridge - sworn |
| 48 |  | 1/30/2024 | X | X | 13 Minute of Condensed Jail Video Footage |
| 56 |  | 1/30/2024 | X | X | CCSD Chain of Command |
| W |  | 1/30/2024 |  |  | Cody Douglas - sworn |
| 6 |  | 1/30/2024 | X | X | Aerial view of the arrest scene with markings by Cody Douglas |
| W |  | 1/30/2024 |  |  | Justin Crabtree - sworn |
| 8 |  | 1/30/2024 | X | X | Photo of Ling on Intake Floor |
| 12 |  | 1/30/2024 | X | X | Text Messages between Justin Crabtree and Michael Owens |
| W |  | 1/30/2024 |  |  | Robert (Robbie) Keith Goins - sworn |
| 1 |  | 1/30/2024 | X | X | Campbell County Policies and Procedures Manual |
| W |  | 1/31/2024 |  |  | Stoney Love - sworn |
| W |  | 1/31/2024 |  |  | Traci Swanson - sworn |
| 35 |  | 1/31/2024 | X | X | Nathan Ling Photo 2011 |
| 36 |  | 1/31/2024 | X | X | Nathan Ling Photo 2012 |
| 37 |  | 1/31/2024 | X | X | Nathan Ling Photo - Senior Pitcure |
| 38 |  | 1/31/2024 | X | X | Nathan Ling Photo - Diploma |
| 39 |  | 1/31/2024 | X | X | Nathan Ling Photo iwth Sister |
| W |  | 1/31/2024 |  |  | Dr. Joshua Startup - by video deposition played in open Court (Number 58 on Exhibit List) |
| 14 |  | 1/31/2024 | X | X | Left Front Cheek Bruising (Dr. Startup Depo Exhibit) |
| 15 |  | 1/31/2024 | X | X | Left Front Cheek Fracture (Dr. Startup Depo Exhibit) |
| 16 |  | 1/31/2024 | X | X | Left Eye Orbital Fracture (Dr. Startup Depo Exhibit) |
| 17 |  | 1/31/2024 | X | X | Nose Fracture (Dr. Startup Depo Exhibit) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of **1** Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Ling | vs. | Campbell County | CASE NO. 3:20-cv-233 |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 18 | | 1/31/2024 | X | X | Mouth Fracture (Dr. Startup Depo Exhibit) |
| 19 | | 1/31/2024 | X | X | Rib Fracture (Dr. Startup Depo Exhibit) |
| 20 | | 1/31/2024 | X | X | Shoulder Fracture (Dr. Startup Depo Exhibit) |
| 21 | | 1/31/2024 | X | X | Shoulder Separation (Dr. Startup Depo Exhibit) |
| 22 | | 1/31/2024 | X | X | CT Section of Brain (Dr. Startup Depo Exhibit) |
| 23 | | 1/31/2024 | X | X | Left Basal Ganglia (Dr. Startup Depo Exhibit) |
| 24 | | 1/31/2024 | X | X | Right Frontal Lobe (Dr. Startup Depo Exhibit) |
| 25 | | 1/31/2024 | X | X | Left Frontal Lobe (Dr. Startup Depo Exhibit) |
| 26 | | 1/31/2024 | X | X | Axonal Injury (Dr. Startup Depo Exhibit) |
| W | | 1/31/2024 | | | Michael Beehan (GAL) - sworn |
| W | | 1/31/2024 | | | Agent Jonathan Hannon TBI - sworn |
| 55 | | 1/31/2024 | X | X | Summation of TBI Report |
| W | | 1/31/2024 | | | Clayton Zachary (Zack) Farrar - sworn |
| W | | 1/31/2024 | | | Sean Brown - sworn |
| W | | 1/31/2024 | | | Michael Galloway - sworn |
| 31 | | 1/31/2024 | X | X | Michael Galloway CV |
| W | | 1/31/2024 | | | Lt. Matt Wasson - sworn |
| W | | 1/31/2024 | | | Dr. Todd Able - Video Deposition played in open Court (Number 57 on Exhibit List) |
| 27 | | 1/31/2024 | X | X | Dr. Todd Able CV |

Page 2 of _____ Pages

# EXHIBIT AND WITNESS LIST – CONTINUATION

| Ling | vs. | Campbell County | CASE NO. 3:20-cv-233 |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| W | | 2/1/2024 | | | Dr. Robert Bohm - sworn |
| 30a | | 2/1/2024 | X | X | Robert Bohm Earnings Table 1 |
| 30b | | 2/1/2024 | X | X | Robert Bohm Earning Table 2 |
| 30c | | 2/1/2024 | X | X | Robert Bohm Earning Table 3 |
| 30d | | 2/1/2024 | X | X | Robert Bohm Earning Table 4 |
| 29 | | 2/1/2024 | X | X | Robert Bohm CV |
| W | | 2/1/2024 | | | Allison Willoughby - sworn |
| W | | 2/1/2024 | | | Courtney Whately - sworn |
| 34a | | 2/1/2024 | X | X | Courtney Whatley Cost Summary Option 2 |
| 34b | | 2/1/2024 | X | X | Courtney Whatley Cost Summary Option 1 |
| 33 | | 2/1/2024 | X | X | Courtney Whatley CV |
| W | | 2/1/2024 | | | Katie Wilson - sworn |
| W | | 2/1/2024 | | | Joel Boyer -sworn |
| W | | 2/1/2024 | | | Jeremy Goins - sworn |
| W | | 2/1/2024 | | | Gregory Winston - sworn |
| 32 | | 2/1/2024 | X | X | Gregory Winston CV |
| W | | 2/1/2024 | | | Joshua Miller - sworn |
| | W | 2/1/2024 | | | Michael Beehan (GAL) - remains under previous oath |
| | W | 2/1/2024 | | | Mallory Campbell - sworn |
| | | 2/2/2024 | | | Jury Charge, Instructions and Verdict Form - DRAFT FOR ID ONLY - Clerk to Retain |
| | | 2/2/2024 | | | Jury Charge, Instructions and Verdict Form - FINAL |

Page 3 of _____ Pages