| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Pla-57 | Dr. Able Deposition Transcript | No |
| Pla-58 | Dr. Startup Deposition Transcript | No |

| EXHIBIT | DESCRIPTION | RLS |
|---|---|---|
| Court-1 | FINAL Verdict Form | No |
| Court-2 | FINAL Jury Instructions | No |
| Pla-1 | Campbell County Policies & Procedures Manual | No |
| Pla-6 | Aerial View with Markings by Douglas | No |
| Pla-8 | Photo of Ling bleeding on Intake Floor | No |
| Pla-12 | Messages between Crabtree & Owens | No |
| Pla-13 | Joshua Startup CV | No |
| Pla-14 | Left Front Cheek Bruising - Dr. Startup | No |
| Pla-15 | Left Front Cheek Fracture - Dr. Startup | No |
| Pla-16 | Left Eye Orbital Fracture - Dr. Startup | No |
| Pla-17 | Nose Fracture -- Dr. Startup | No |
| Pla-18 | Mouth Fracture - Dr. Startup | No |
| Pla-19 | Rib Fracture - Dr. Startup | No |
| Pla-20 | Shoulder Fracture - Dr. Startup | No |
| Pla-21 | Shoulder Separation - Dr. Startup | No |
| Pla-22 | CT Section of Brain - Dr. Startup | No |
| Pla-23 | Left Basal Ganglia - Dr. Startup | No |
| Pla-24 | Right Frontal Lobe - Dr. Startup | No |
| Pla-25 | Left Frontal Lobe - Dr. Startup | No |
| Pla-26 | Axonal Injury - Dr. Startup | No |
| Pla-27 | Dr. Todd Abel CV | No |
| Pla-29 | Robert Bohm CV | No |
| Pla-30-a | Robert Bohm Table 1 | No |
| Pla-30-b | Robert Bohm Table 2 | No |
| Pla-30-c | Robert Bohm Table 3 | No |
| Pla-30-d | Robert Bohm Table 4 | No |
| Pla-31 | Michael Galloway CV | No |
| Pla-32 | Greg Winston CV | No |
| Pla-33 | Courtney Whately CV | No |
| Pla-34-a | Courtney Whately Cost Summary Option 2 | No |
| Pla-34-b | Courtney Whately Cost Summary Option 1 | No |
| Pla-35 | Photo of Nathan Ling 2011 | No |
| Pla-36 | Photo of Nathan Ling 2012 | No |
| Pla-37 | Photo of Nathan Ling Senior Picture | No |
| Pla-38 | Photo of Nathan Ling with Diploma | No |
| Pla-39 | Photo of Nathan Ling with Sister | No |
| Pla-48 | 13 Min Condensed Jail Videos | No |
| Pla-55 | Summation of TBI Report_Redacted[5] | No |
| Pla-56 | CCSD Chain of Command | No |