# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| NATHAN LING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 3:20-cv-00233 |
| ) | |
| CAMPBELL COUNTY, TENNESSEE, ) | Judge Atchley |
| et al., ) | |
| ) | Magistrate Judge McCook |
| Defendants. ) | |

## PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR NEW TRIAL AND/OR JUDGMENT NOTWITHSTANDING THE VERDICT AND/OR TO ALTER OR AMEND JUDGMENT

Comes now the Plaintiff, by and through counsel, and hereby files his Response in opposition to Defendant Campbell County, Tennessee's Motion for New Trial, Judgment Notwithstanding the Verdict or to Alter or Amend Judgment. In support of this Response, Plaintiff submits a Memorandum of Law.

Wherefore, the plaintiff respectfully requests that this Honorable Court deny the defendant's motion.

Respectfully submitted this 14th day of March, 2024.

> */s/ Tony Seaton*
> Tony Seaton, BPR #7279
> Thomas J. Smith, BPR #035331
> Garza Law Firm
> 118 E. Watauga Ave.
> Johnson City, TN 37601
> Phone: (423) 282-1041
> Fax:    (423) 282-0967
> Email:  tseaton@garzalaw.com
>              tsmith@garzalaw.com

## CERTIFICATE OF SERVICE

The plaintiff hereby certify that on the 14th day of March, 2024, a copy of the foregoing was filed electronically using the Court's ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U. S. Mail. Parties may access this filing through the Court's electronic filing system.

*/s/ Tony Seaton*
Counsel for Plaintiff