**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**

**NATHAN LING,**

        Plaintiff,

v.                                 Case Number: 3:20-cv-00233

**CAMPBELL COUNTY, GOVERNMENT, et al.,**

        Defendants.

---

### MEMORANDUM OF FACTS AND LAW IN SUPPORT OF MOTION TO MEDIATE

---

This matter was tried before the Court and judgment entered in favor of the Plaintiff on one claim and one claim only. Defendant has filed posttrial motions and this matter could drag on indefinitely as Defendant still has the option of appealing any judgment to the Sixth Circuit Court of Appeals. Accordingly, in light thereof, it is respectfully submitted that the Court order the parties to mediation. Perhaps at mediation, the dispute can be resolved amicably and this matter closed.

For each and all of the foregoing reasons, it is respectfully submitted that Defendant's Motion be granted.

Respectfully submitted this 8th day of May, 2024.

        TAYLOR & KNIGHT, GP

        */s/Arthur F. Knight, III*
        Arthur F. Knight, III, BPR No. 016178
        800 South Gay Street, Suite 600
        Knoxville, Tennessee 37929
        Phone: (865) 971-1701
        Fax: (865) 971-1705
        aknight@taylorknightlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 8, 2024, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

<u>*/s/ Arthur F. Knight, III*</u>
Arthur F. Knight, III