```
1              IN THE UNITED STATES DISTRICT COURT

2             FOR THE EASTERN DISTRICT OF TENNESSEE

3                       KNOXVILLE DIVISION

4  --------------------------------------------------------
                                    :
5  NATHAN LING,                     :
                                    :
6           Plaintiff,              :
                                    :
7  v.                               :        3:20-CV-233
                                    :
8  CAMPBELL COUNTY, TENNESSEE,      :
                                    :
9           Defendant.              :
                                    :
10 --------------------------------------------------------
                                    Knoxville, Tennessee
11                                  February 1, 2024

12          BEFORE:  THE HONORABLE CHARLES E. ATCHLEY, JR.
                     UNITED STATES DISTRICT JUDGE
13
   APPEARANCES:
14
            FOR THE PLAINTIFF:
15
            ANTHONY A. SEATON
16          THOMAS J. SMITH
            GARZA LAW FIRM
17          118 East Watauga Avenue
            Johnson City, Tennessee 37601
18
            FOR THE DEFENDANT:
19
            ARTHUR F. KNIGHT, III
20          TAYLOR & KNIGHT
            800 South Gay Street
21          Suite 600
            Knoxville, Tennessee 37929
22


23
                        JURY TRIAL
24                    THIRD DAY OF TRIAL
                   EXCERPT OF PROCEEDINGS
25                    CHARGE CONFERENCE
```

1          THE COURT:  All right.  So, gentlemen, are we
2     ready to go into our charge conference and get our jury
3     instructions ready?
4          MR. SEATON:  I wouldn't see why not.
5          MR. KNIGHT:  That's fine with me, Your Honor.
6          THE COURT:  Okay.  Well, let's go ahead and
7     start that.  We've made some stylistic -- a couple of
8     stylistic changes, but we haven't really changed
9     anything substantive from what the parties have
10    submitted.  We did correct a couple of grammatical
11    errors and some issues like that and -- and format it.
12         But let's run through what we have and -- and
13    proceed.  You'll have your copy there in front of you,
14    and we'll just go through -- I'll go through it line by
15    line and ask you if there's an objection to each
16    instruction, and we'll go from there.
17         And we'll do the verdict form last.  Okay?
18         All right.  So page 1, Court has the style of
19    the case, charge to the jury.  This is our basic opening
20    charge to the jury called "Members of the Jury."
21         Mr. Seaton, do you have any objection to that
22    charge?
23         MR. SEATON:  No, Your Honor.
24         THE COURT:  Okay.  Mr. Knight?
25         MR. KNIGHT:  No, Your Honor.

1          THE COURT:  Okay.  Page 2 -- beginning on

2    page 2, jurors' duties.  This is Sixth Circuit pattern

3    jury instruction for jurors' duties.

4          MR. KNIGHT:  No objection from the defendant,

5    Your Honor.

6          MR. SEATON:  None from us, Your Honor.

7          THE COURT:  All right.  Page 3, preponderance

8    of the evidence.  This is Third Circuit model civil jury

9    instruction, preliminary instructions, preponderance of

10   the evidence.  I believe this is what was submitted.

11         MR. KNIGHT:  No objection, Your Honor.

12         MR. SEATON:  No objection.

13         THE COURT:  All right.  Page 5, evidence

14   defined.  Again, this comes from the Sixth Circuit

15   pattern.

16         MR. KNIGHT:  No -- no objection.

17         MR. SEATON:  No objection.

18         THE COURT:  Page 7, consideration of evidence.

19   This is also Sixth Circuit pattern.

20         MR. SEATON:  No objection.

21         MR. KNIGHT:  No objection, Your Honor.

22         THE COURT:  Page 8, stipulations.

23         MR. SEATON:  No objection.

24         MR. KNIGHT:  No -- no objection, Your Honor.

25   I'm sorry.

1           THE COURT:  Direct and circumstantial evidence.

2           MR. SEATON:  No objection.

3           MR. KNIGHT:  No objection, Your Honor.

4           THE COURT:  Credibility of witnesses.  This is

5    also Sixth Circuit pattern.

6           MR. KNIGHT:  No objection, Your Honor.

7           MR. SEATON:  No objection.

8           THE COURT:  Page 13, use of deposition taken

9    from Third Circuit model civil jury instructions.

10          MR. KNIGHT:  No objection, Your Honor.

11          MR. SEATON:  No objection.

12          THE COURT:  Page 14 taken from the Sixth

13   Circuit pattern, opinion testimony.  This, of course,

14   is -- when read to the jury will include the names of

15   everyone that testified as -- as an opinion witness.  I

16   believe we had five that fell into that category.

17          Well, I'll tell you what, Mr. Seaton, what are

18   our names?

19          MR. SEATON:  Galloway, Bohm, Whatley, Greg

20   Winston.

21          MR. KNIGHT:  Abel and --

22          MR. SEATON:  Well, no, those -- those were

23   doctors, Abel and Startup.

24          THE COURT:  Well, that --

25          MR. SEATON:  Is that included?

```
 1              THE COURT:  That's why they're here.  They're
 2    experts.
 3              MR. SEATON:  Well, they're medical -- yeah.
 4    That's a -- that's a big argument.  But anyway, the two
 5    medical experts are Startup and Abel.
 6              THE COURT:  And then the others are?
 7              MR. SEATON:  That was it.  Galloway, Bohm,
 8    Whatley, and Winston.
 9              THE COURT:  Okay.  So we have a total of six?
10              MR. SEATON:  Six.
11              MR. SMITH:  Six.
12              THE COURT:  Mr. Knight, do you agree with that?
13              MR. KNIGHT:  Yes, Your Honor.
14              THE COURT:  Okay.  So their names will be
15    included in this blank portion in the first paragraph of
16    this opinion testimony, and -- and then they'll also be
17    included in the second.
18              All right.  Charts and summaries in evidence.
19              MR. SEATON:  No objection.
20              MR. KNIGHT:  No objection, Your Honor.
21              THE COURT:  Lawyers' objections.  This is Sixth
22    Circuit pattern.
23              MR. KNIGHT:  No objection, Your Honor.
24              MR. SEATON:  No objection.
25              THE COURT:  Definition of the claims at issue.
```

1            MR. SEATON:  No objection.

2            MR. KNIGHT:  No objection, Your Honor.

3            THE COURT:  Introduction.

4            MR. SEATON:  No objection.

5            MR. KNIGHT:  No objection, Your Honor.

6            THE COURT:  Title 42 United States Code 1983

7    general instruction.  This is taken from parties'

8    proposed instructions.

9            MR. SEATON:  No objection.

10           MR. KNIGHT:  No objection, Your Honor.

11           THE COURT:  Title 42 United States Code 1983

12    municipal liability.  This is also taken from the

13    parties' proposed jury instructions.

14           MR. SEATON:  No objection.

15           MR. KNIGHT:  Obviously, no objection, Your

16    Honor.

17           THE COURT:  Well, I've learned that not

18    everything is obvious.  Nothing is obvious.

19           Title 42 United States Code 1983, failure to

20    train on intervening to protect detainees from abuse by

21    fellow officers.  Also taken from parties' proposed.

22           MR. SEATON:  No objection.

23           MR. KNIGHT:  No objection, Your Honor.

24           THE COURT:  All right.  Title 42 United States

25    Code Section 1983, failure to train to provide medical

1  care and address medical emergencies.  Parties'

2  proposed.

3          MR. SEATON:  No objection.

4          MR. KNIGHT:  No -- no objection, Your Honor.

5          THE COURT:  Page 24, damages.

6          MR. SEATON:  No objection.

7          THE COURT:  This is also taken from parties'

8  proposed.

9          MR. KNIGHT:  I don't have any objections, Your

10  Honor.

11          THE COURT:  All right.  Deliberations and

12  verdict on page 27.  This is taken from Sixth Circuit

13  pattern.

14          MR. SEATON:  No objection.

15          MR. KNIGHT:  No -- no objections, Your Honor.

16          THE COURT:  Page 28, experiments, research,

17  investigation, and outside communications.  Also taken

18  from Sixth Circuit pattern.

19          MR. KNIGHT:  Right, Your Honor.  No objection.

20          MR. SEATON:  No objection.

21          THE COURT:  Page 30, duty to deliberate,

22  unanimous verdict.  Also taken from Sixth Circuit

23  pattern.

24          MR. SEATON:  No objection.

25          MR. KNIGHT:  No -- no objection, Your Honor.

1          THE COURT:  Page 31, jurors' notes.

2          MR. SEATON:  No objection.

3          MR. KNIGHT:  None, Your Honor.

4          THE COURT:  Page 32, Court has no opinion.

5          MR. KNIGHT:  No objection, Your Honor.

6          MR. SEATON:  No objection.

7          THE COURT:  Return of verdict.

8          MR. SEATON:  No objection.

9          MR. KNIGHT:  No objection, Your Honor.

10         THE COURT:  All right.  Okay.  And then we have

11    our verdict form.  This is taken from parties' proposed

12    verdict form.  So I think we -- we -- when a question

13    came up earlier in the trial about some of the language,

14    I think we added a little bit of additional language.

15         So it has the style of the case.  It says

16    "Verdict Form."

17         "We, the jury, unanimously answer the questions

18    submitted by the Court as follows:

19         "Question 1, do you find that plaintiff, Nathan

20    Ling, has proven by a preponderance of the evidence the

21    elements of his" -- and I'm going to insert "42 United

22    States Code" -- "Section 1983 claim of liability against

23    defendant, Campbell County, Tennessee, based on the

24    failure to train its staff to intervene to protect jail

25    detainees from abuse by any other staff?"

1          And a place for them to check "yes" or a place

2    for them to check "no."

3          And then it states, "If you answered yes,

4    proceed to question 2.  If you answered no, proceed to

5    question 3."

6          And then, of course, with a "yes" answer to 2,

7    the sum of money, "What sum of money would fairly and

8    reasonably compensate plaintiff, Nathan Ling, for his

9    damages, if any, caused by the failure to train?"

10          And then there's a blank spot for them to place

11    an award.

12          "Question 3, do you find that plaintiff, Nathan

13    Ling, has proven by a preponderance of the evidence the

14    elements of his" -- and, again, I'm going to insert the

15    "42 United States Code" in there in front of the

16    "Section 1983 claim of liability against defendant,

17    Campbell County, Tennessee, based on the failure to

18    train its staff to provide needed medical care for

19    jailed detainees?"

20          And a place to mark "yes" and a place to mark

21    "no."

22          And then it says, "If you answered yes to

23    question 4" -- "If you answered yes, proceed to

24    question 4.  If no, the jury foreperson must sign their

25    name at the end of the form and then return the form to

1    the bailiff."

2          And then, "Question 4, what sum of money would

3    fairly and reasonably compensate plaintiff, Nathan Ling,

4    for his damages, if any, caused by the failure to

5    train" -- and I think we had proposed adding a little

6    bit of language to this.

7          Is that correct, Ronnie?

8          MR. THOMPSON:  That's correct, Judge.

9          (Court confers with law clerk.)

10          THE COURT:  So on -- in addition to the

11    "42 United States Code" at the end of paragraph 2, it

12    would say "caused by the failure to train on when to

13    intervene."

14          MR. SEATON:  I -- I agree, yeah.

15          THE COURT:  It would clarify that.

16          MR. SEATON:  Yeah, sure would.

17          THE COURT:  And then at the end of paragraph 4,

18    it would state -- where it says -- currently says

19    "caused by failure to train," it would say "on the need

20    to provide medical care for jail detainees."

21          MR. SEATON:  Yes, sir.

22          THE COURT:  All right.

23          MR. KNIGHT:  I agree with that, Your Honor.

24          THE COURT:  Gentlemen, are there any issues

25    with the Court's proposed verdict form?

1          MR. SEATON:  No, sir.

2          MR. KNIGHT:  No, Your Honor.

3          THE COURT:  Okay.  Good.

4          Well, I think we have our jury instructions.

5          END OF PROCEEDINGS

6

7                    I, Stephanie Fernandez, do
   hereby certify that I reported in machine shorthand the
8  proceedings in the above-styled cause, and that this
   transcript is an accurate record of said proceedings.
9
                              s/Stephanie Fernandez
10                            Stephanie Fernandez,
                              Official Court Reporter
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25