## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 03, 2024

Mr. Marcos M. Garza
Garza Law Firm
550 W. Main Street
Suite 340
Knoxville, TN 37902

Mr. Arthur F. Knight III
Law Office
3248 Tazewell Pike
Suite 103
Knoxville, TN 37918

Mr. Anthony A. Seaton
Garza Law Firm
118 E. Watauga Avenue
Johnson City, TN 37601

Re:  Case No. 24-5654, *Nathan Ling v. Campbell County, TN*
     Originating Case No. : 3:20-cv-00233

Dear Sir or Madam,

  The Court issued the enclosed (Order/Opinion) today in this case.

                              Sincerely yours,

                              s/Connie A. Weiskittel
                              Mediation Administrator

cc:  Ms. LeAnna Wilson

Enclosure

No mandate to issue

Case No. 24-5654

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

NATHAN LING

    Plaintiff - Appellee

v.

CAMPBELL COUNTY, TN

    Defendant - Appellant

   In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

   It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

                                      **ENTERED PURSUANT TO RULE 33,**
                                      **RULES OF THE SIXTH CIRCUIT**
                                      Kelly L. Stephens, Clerk

Issued: October 03, 2024